No. 72–6493. BONAFINI v. NEW JERSEY ET AL., 412 U. S. 908;

No. 72–6506. SMITH v. CALIFORNIA, 412 U. S. 915;

No. 72–6641. CRENSHAW v. JAMES ET AL., 412 U. S. 952; and

No. 72–6673. OAKES v. BLACK, REFORMATORY SUPERINTENDENT, 412 U. S. 952. Petitions for rehearing denied.

No. 71–507. KEYES ET AL. v. SCHOOL DISTRICT No. 1, DENVER, COLORADO, ET AL., 413 U. S. 189. Petition for rehearing denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 71–1192. GOLDSTEIN ET AL. v. CALIFORNIA, 412 U. S. 546. Motion of International Tape Manufacturers Assn. for leave to file a brief as *amicus curiae* out of time granted. Petition for rehearing denied.

No. 71–1422. KAPLAN v. CALIFORNIA, 413 U. S. 115. Motions of Association of American Publishers, Inc., et al., American Library Assn., and Authors League of America for leave to file briefs as *amici curiae* in support of rehearing granted. Petitions for rehearing denied.

No. 71–1599. COOK COUNTY COLLEGE TEACHERS UNION, LOCAL 1600, AMERICAN FEDERATION OF TEACHERS, AFL–CIO, ET AL. v. BYRD ET AL., 409 U. S. 848;

No. 72–761. UNITED STATES v. McGRATH, 412 U. S. 936;

No. 72–1415. RICHTER ET UX. v. COMMISSIONER OF INTERNAL REVENUE, 412 U. S. 925;

No. 72–5588. McCRAY v. WARDEN, MARYLAND PENITENTIARY, 409 U. S. 1112;

No. 72–6436. SAVAGE v. UNITED STATES, 412 U. S. 930; and

No. 72–6543. OLIVER v. SHAPP, GOVERNOR OF PENN-